Certificate Number: 14912-PAE-DE-029206127

Bankruptcy Case Number: 17-12101



14912-PAE-DE-029206127

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 6, 2017</u>, at <u>10:06</u> o'clock <u>AM EDT</u>, <u>Whitney Burkert</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 6, 2017</u>        By:   <u>/s/Jai Bhatt</u>

                          Name:  <u>Jai Bhatt</u>

                          Title:  <u>Counselor</u>