IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHITNEY A. BURKERT,            :        Bankruptcy No. 17-12101-ref
                               :
Debtor.                        :        Chapter 7

**MEMORANDUM TO CREDITORS REGARDING**
**RESCHEDULED SECTION 341(a) MEETING OF CREDITORS**

TAKE NOTE that the Meeting of Creditors has been rescheduled to **May 22, 2017 at 12:00 PM**

at the Berks County Bar Association Building, 544 Court Street, Reading, PA 19601.

/s/Stephen M. Otto
Stephen M. Otto, Esq.
LAW OFFICE OF STEPHEN M. OTTO, LLC
833 N. Park Road Ste 102
Wyomissing, PA 19610
484-220-0481
PA. I.D. No. 82463
steve@sottolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  WHITNEY A BURKERT | CASE NO: 17-12101<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 5/9/2017, I did cause a copy of the following documents, described below,

Memorandum to Creditors Regarding Rescheduled 341(a) Meeting of Creditors,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/9/2017

/s/ Stephen M. Otto
Stephen M. Otto  82463
Law Office of Stephen M. Otto LLC
833 N Park Road Ste 102
Wyomissing, PA  19610
484 220 0481
steve@sottolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WHITNEY A BURKERT | CASE NO: 17-12101 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 5/9/2017, a copy of the following documents, described below,

Memorandum to Creditors Regarding Rescheduled 341(a) Meeting of Creditors,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/9/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Law Office of Stephen M. Otto LLC
Stephen M. Otto
833 N Park Road Ste 102
Wyomissing, PA  19610

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03134
   CASE 17-12101-REF
   EASTERN DISTRICT OF PENNSYLVANIA
   READING
   TUE MAY 9 14-48-21 EDT 2017

*EXCLUDE*

2  READING
   400 WASHINGTON STREET
   SUITE 300
   READING PA 19601-3951

3  AMERICAN EXPRESS
   PO BOX 981537
   EL PASO  TX 79998-1537

4  BANK OF AMERICA HOME LOANS
   PO BOX 5170
   SIMI VALLEY CA 93062-5170

5  BOSCOVS
   POB 71106
   CHARLOTTE NC 28272-1106

6  CACH LLC
   4340 SOUTH MONACO ST 2ND FLOOR
   DENVER CO 80237-3485

7  CAPITAL ONE
   PO BOX 30281
   SALT LAKE CITY UT 84130-0281

8  CHRISTOPHER BURKERT
   1528 FLORENCE STREET
   READING PA 19605-1924

9  FEDLOAN SERVICING CREDIT
   POB 60610
   HARRISBURG PA 17106-0610

10 HARLEY DAVIDSON CREDIT
   3850 ARROWHEAD DR
   CARSON CITY NV 89706-2016

11 JA CAMBECE LAW OFFIC PC
   200 CUMMINGS CENTER SUITE 173D
   BEVERLY MA 01915-6190

12 LENDING CLUB CORPORATION
   21 STEVENSON
   SUITE 300
   SAN FRANCISCO CA 94105-2706

13 LVNV FUNDING
   PO BOX 10497
   GREENVILLE SC 29603-0497

14 PATRICK ELLIOT
   4328 12TH AVENUE
   TEMPLE PA 19560-1645

15 THE BUREAUS
   650 DUNDEE RDSUITE 370
   NORTHBROOK IL 60062-2757

*EXCLUDE*

16 UNITED STATES TRUSTEE
   OFFICE OF THE US TRUSTEE
   833 CHESTNUT STREET
   SUITE 500
   PHILADELPHIA PA 19107-4405

17 LYNN E FELDMAN
   FELDMAN LAW OFFICES PC
   221 N CEDAR CREST BLVD
   ALLENTOWN PA 18104-4603

18 STEPHEN MCCOY OTTO
   LAW OFFICE OF STEPHEN M OTTO LLC
   833 N PARK ROAD
   SUITE 102
   WYOMISSING PA 19610-1341

*DEBTOR*

19 WHITNEY A BURKERT
   1528 FLORENCE STREET
   READING PA 19605-1924