United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-12101-ref
Whitney A. Burkert                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: admin              Page 1 of 1              Date Rcvd: Jul 14, 2017
                               Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db          +Whitney A. Burkert,    1528 Florence Street,    Reading, PA 19605-1924
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13890061     AMERICAN EXPRESS,    PO Box 981537,    El Paso , TX-799981537
13890063     Boscov's,    POB 71106,    Charlotte, NC 28272-1106
13890066    +Christopher Burkert,    1528 Florence Street,    Reading, PA 19605-1924
13890067    +Fedloan Servicing Credit,    POB 60610,    Harrisburg, PA 17106-0610
13890069    +J.A. Cambece Law Offic, P.C.,    200 Cummings Center, Suite 173D,    Beverly, MA 01915-6190
13890070    +LENDING CLUB CORPORATION,    21 STEVENSON,    SUITE 300,    SAN FRANCISCO, CA 94105-2706
13922368    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13890072    +Patrick Elliot,    4328 12th Avenue,    Temple, PA 19560-1645
13890073    +THE BUREAUS,    650 Dundee RdSuite 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLEFELDMAN.COM Jul 15 2017 01:33:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
             221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg         +E-mail/Text: robertsl2@dnb.com Jul 15 2017 01:41:09    Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2017 01:40:40
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2017 01:41:19    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13890062     EDI: BANKAMER.COM Jul 15 2017 01:34:00     Bank of America Home Loans,    P.O. Box 5170,
             Simi Valley, CA  93062-5170
13890064    +EDI: STFC.COM Jul 15 2017 01:34:00     CACH LLC,    4340 South Monaco St., 2nd Floor,
             Denver, CO 80237-3485
13890065     EDI: CAPITALONE.COM Jul 15 2017 01:34:00     CAPITAL ONE,    PO Box 30281,
             Salt Lake City, UT 84130-0281
13890068    +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 15 2017 01:42:02    HARLEY DAVIDSON CREDIT,
             3850 ARROWHEAD DR,    CARSON CITY, NV 89706-2016
13890071    +EDI: RESURGENT.COM Jul 15 2017 01:34:00     LVNV Funding,   P.O. Box 10497,
             Greenville, SC 29603-0497
                                                                                        TOTAL: 9

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2017                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB bkgroup@kmllawgroup.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Whitney A. Burkert steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforupty.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Whitney A. Burkert** | Social Security number or ITIN | **xxx–xx–5311** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–12101–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Whitney A. Burkert

7/13/17

**By the court:**   Richard E. Fehling
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---